UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Annie Bao
                              Plaintiff,

v.                                              Case No.: 1:23−cv−03598
                                                Honorable Andrea R. Wood

Northwestern University
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion to extend dispositive motion deadline [32] is granted as follows. The previously entered discovery and dispositive motion deadlines are vacated. In their motion, the parties state that since the filing of Defendant's motion to compel [29], Plaintiff has provided responses. Defendant was not convinced that the responses were complete, however, and the parties were meeting and conferring pursuant to Fed. R. Civ. P. 37 regarding any remaining disputes. Accordingly, Defendant's previously filed motion to compel [29] is denied without prejudice as moot. By 4/9/2025, the parties shall file a joint status report to update the Court on the current status of discovery, including whether the parties were able to resolve the outstanding disputes regarding Plaintiff's discovery responses and, if not, a proposed date for the filing of any discovery motions. The status report shall include an update on the parties' efforts to reach a negotiated resolution. As necessary, the Court will set a modified case schedule at the next status hearing. Telephonic status hearing set for 4/23/2025 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.