

45 Rockefeller Plaza
20th Floor
New York, NY 10111
Jacob Y. Chen, Esq.
jchen@dgwllp.com
T: (+1) 917 633 6860
F: (+1) 917 633 6183

June 19, 2025

**VIA ECF**

Magistrate Judge Young B. Kim
US District Court – Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**RE:** **1:23-cv-03598 –** ***Bao v. Northwestern University*** 
 **Letter Motion to Request Telephonic Discovery Conference and to Vacate Prior Order**

Honorable Judge Kim,

Plaintiff Annie Bao respectfully requests that the Court (1) schedule a telephonic discovery conference and (2) clarify or vacate the June 19, 2025 order (ECF No. 44) to the extent it provides that "written discovery is closed."

As background, Defendant filed a motion to compel and extend the discovery deadline on August 9, 2024 (ECF No. 29), to which Plaintiff responded on September 25, 2024, producing partial discovery and consenting to an extension of fact discovery (ECF No. 31). On November 26, 2024, the parties jointly moved to extend the dispositive motion deadline (ECF No. 32). That motion was granted by Judge Wood on March 26, 2025, and the Court expressly vacated all previously entered discovery and dispositive motion deadlines to allow the parties to explore the possibility of settlement. (ECF No. 34.)

**DGW KRAMER LLP**

Zhongrong International Trust Co., Ltd.
Page 2
June 19, 2025

    The parties then participated in a settlement conference before Your Honor on June 10, 2025. At a subsequent status hearing on June 17, 2025, Judge Wood referred the case to Your Honor for discovery supervision, including the authority to set and adjust the discovery schedule as necessary. (ECF No. 42.)

    In that context, Plaintiff respectfully submits that the June 19, 2025 order stating that "written discovery is closed" appears to conflict with the procedural posture of the case. Because the discovery deadlines had been vacated and the Court expressly contemplated the entry of a revised schedule, Plaintiff requests that this portion of the order be clarified or vacated.

    Plaintiff also requests that the Court schedule a telephonic discovery conference to discuss the status of discovery and a revised schedule. Plaintiff continues to await substantial written discovery and document production from Defendant, and a conference would assist in coordinating next steps.

    Respectfully submitted,
**DGW KRAMER LLP**

By: /s/ Jacob Chen
Jacob Chen, Esq.
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
T: (917) 633-6860
jchen@dgwllp.com
Attorneys for Plaintiff