# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Annie Bao
                          Plaintiff,

v.                                                        Case No.: 1:23−cv−03598
                                                            Honorable Andrea R. Wood

Northwestern University
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's letter [45] is stricken from the docket. If Plaintiff requires relief from this court, she should file a proper motion and notice the motion for presentment. The clerk's office is directed to remove Document No. 45 forthwith. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.